UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 25-CR-20196-MARTINEZ

UNITED STATES OF AMERICA

v.

CHRISTIAN HERNANDEZ,

    *Defendant.*
_____/

## ORDER ADOPTING MAGISTRATE'S
## REPORT AND RECOMMENDATION ON CHANGE OF PLEA

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea Hearing for the defendant before the Magistrate Judge.

**THE MATTER** was heard in front of Magistrate Judge Eduardo I. Sanchez on December 18, 2025 **[ECF No. 60]**. A Report and Recommendation was filed on December 18, 2025, recommending that the Defendant's plea of guilty be accepted **[ECF No. 62]**. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. In fact, a *Notice of Non-Objection to the Report and Recommendation on Change of Plea* was filed by Defense Counsel **[ECF No. 65]**. The Court has conducted a de novo review of the entire file and after careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that the Report and Recommendation **[ECF No. 62]** of United States Magistrate Judge Eduardo I. Sanchez is hereby **AFFIRMED** and **ADOPTED** in its entirety.

The Defendant is adjudged guilty of Count One of the Information. Count One charges the Defendant with Conspiracy to Commit Money Laundering, in violation of Title 18, United States Code, Section 1956(h). The Defendant acknowledged that he understood the statutory penalties

that apply in his case.

Sentencing will be set in this matter for **Tuesday, February 3, 2026, at 11:30 a.m.**, before the Honorable District Judge Jose E. Martinez, at the Wilkie D. Ferguson Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 10-1, Miami, Florida 33128.

**DONE AND ORDERED** at Chambers in Miami, Florida, this ___ day of December, 2025.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record
U.S. Magistrate Judge Eduardo I. Sanchez
U.S. Probation Office